**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE**

| | |
|---|---|
| RIDINGS AT BRANDYWINE ASSOCIATES, LP,<br><br>    Plaintiff-Appellant,<br><br>  v.<br><br>CITIZENS BANK,<br><br>    Defendant-Appellee. | Civil No. 08-2788 (RMB)<br><br>**ORDER** |

THIS MATTER having come before the Court upon appeal by Plaintiff-Appellant, Ridings at Brandywine Associates, LP, of the Bankruptcy Court's Order, dated April 24, 2008, granting the motion of Defendant-Appellee, Citizens Bank, to dismiss Plaintiff-Appellant's Adversary Complaint with prejudice; and the Court having considered the moving papers, and the opposition thereto; and for the reasons expressed in the Opinion issued this date;

IT IS HEREBY **ORDERED** that the Bankruptcy Court's Order is **AFFIRMED**; and

IT IS FURTHER **ORDERED** that the clerk shall close this case.

Dated: August 29, 2008

s/Renée Marie Bumb
RENÉE MARIE BUMB
UNITED STATES DISTRICT JUDGE